UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-mj-6280-PAB

FILED BY SM D.C.
May 20, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

RODERICK RANDY ENGLAND,
Defendant.
_______________________________/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

3. Did this matter involve the participating of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *Joseph A. Cooley*
JOSEPH A. COOLEY
Assistant United States Attorney
Florida Bar No. 966460
500 E. Broward Bouvard, Suite 700
Fort Lauderdale, FL 33394
Tel# (954) 660-5694
Joseph.Cooley2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY SM D.C.

May 20, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

United States of America,
v.
Roderick Randy England,

Defendant(s)

Case No. 26-mj-6280-PAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 8/22/2025, 9/15/2025 & 5/12/2026 in the county of Broward in the Southern District of Florida and elsewhere, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 1015(e) | False Claim of U.S. Citiezenship |
| Title 18, United States Code, Section 1028A(a)(1) | Aggravated Identity Theft |
| Title 8, United States Code, Section 1326(a). | Illegal Reentry of a Removed Alien |

This Criminal Complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

David Jansen, S/A, HSI

*Printed name and title*

Sworn to before me via FaceTime.

Date: May 20, 2026

*Judge's signature*

City and state: Fort Lauderdale, Florida

Hon. Judge Panayotta Augustin-Birch, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, David Jansen, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed for over nineteen years. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, customs and narcotics law violations, financial crimes, and other federal criminal offenses. I have been the lead investigator in many investigations involving identity theft, fraudulent documents and illegal re-entry by aliens.

2. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement personnel. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3. As far back as 2013, your Affiant has been conducting investigations involving illegal aliens from Jamaica who obtained Florida driver's licenses using fraudulent identity documents. In April of 2022, your affiant identified RODERICK RANDY ENGLAND ("ENGLAND") as a subject who has previously obtained five Florida driver's licenses by fraud. Your Affiant then commenced an investigation of ENGLAND. In 2025, your affiant identified a sixth Florida driver's license ENGLAND obtained by fraud.

4. ENGLAND was born in Jamaica in 1987 and is a native and citizen of Jamaica. A review of ENGLAND'S alien file revealed that in 2014, in the Southern District of Florida, he was convicted for violation of 18 U.S.C. § 1015(e); False Claim to U.S. Citizenship to Obtain a State Benefit. In 2017, in the District of South Carolina, ENGLAND was convicted for violation of 18 U.S.C. § 1542; False Statement in a U.S. Passport Application.

5. Further review of the alien file revealed that ENGLAND was removed from the United States to Jamaica on or about May 31, 2018. ENGLAND was prohibited from re-entering the United States for a period of ten years and was warned of the prohibition by an immigration officer at the time of his removal. A check of United States immigration records revealed there is no record ENGLAND ever applied for permission to re-enter the United States and there is no record he ever legally re-entered the United States after inspection by an immigration officer.

6. On August 22, 2025, ENGLAND applied for an identification card at a Florida Highway Safety and Motor Vehicles (FLHSMV) office in Miami-Dade County, the Southern District of Florida. As proof of United States citizenship, ENGLAND presented a fraudulent Florida birth certificate in the identity of "T.J." with a date of birth in 1986. ENGLAND was issued identification card Jxxx-xxx-xx-900-0 in the name "T.J." with a date of birth in 1986. The photograph of the person on Florida identification card number Jxxx-xxx-xx-900-0 appears to depict the same person depicted in the photographs in ENGLAND'S alien file.

7. On September 15, 2025, ENGLAND applied for a driver's license at a FLHSMV office in Broward County, the Southern District of Florida. ENGLAND presented the identification card he was issued on August 22, 2025, and took a driving exam. ENGLAND was then issued Florida driver's license Jxxx-xxx-xx-900-0 in the name "T.J." with a date of birth in 1986. The photograph of the person on Florida driver's license number Jxxx-xxx-xx-900-0 appears to depict the same person depicted in the photographs in ENGLAND'S alien file.

8. Further investigation revealed "T.J". is a real person who resides in the United States Virgin Islands who has been issued three separate U.S. passports since 1996. The person depicted in the three U.S. passports is not the same as the person depicted in Florida driver's license number Jxxx-xxx-xx-900-0.

9. On May 12, 2026, members of the Violent Gang Task Force (VGTF) were conducting surveillance near C&P Automotive located at 1322 NW 14th Avenue in Pompano Beach, Florida when they observed ENGLAND entering and exiting the garage. VGTF members approached ENGLAND and he identified himself as Roderick ENGLAND and stated that he was born on August 10, 1987. At that time ENGLAND was administratively arrested for being unlawfully present in the U.S.

10. ENGLAND did not receive the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reenter the United States.

11. WHEREFORE, based on the foregoing, your Affiant submits that there is probable cause to believe that on or about August 22, 2025 and September 15, 2025, RODERICK RANDY ENGLAND, an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the State of Florida in the name of "T.J.," as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida driver's license, in violation of Title 18, United States Code, Sections 1015(e); and during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, did knowingly transfer, possess, and use without lawful authority, the means of identification of another person, that is, the name and date of birth of "T.J.," in violation of Title 18, United States Code, Section 1028A(a)(1). Furthermore, on or about May 12, 2026, RODERICK RANDY ENGLAND, an alien having been previously removed from the United States on or about May 31, 2018, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland

Security, having expressly consented to such alien reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DAVID JANSEN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
20th day of May, 2026

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE